1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   IN RE:  STEVEN WAYNE BONILLA          No. 2:24-cv-02566-WBS-CSK

12                                          No. 2:24-cv-02569-WBS-CSK

13                                          No. 2:24-cv-02571-WBS-CSK

14                                          No. 2:24-cv-02577-WBS-CSK

15                                          No. 2:24-cv-02578-WBS-CSK

16                                          No. 2:24-cv-02606-WBS-CSK

17                                          No. 2:24-cv-02617-WBS-CSK

18                                          No. 2:24-cv-02619-WBS-CSK

19                                          No. 2:24-cv-02621-WBS-CSK

20                                          No. 2:24-cv-02625-WBS-CSK

21
22
23                                          **ORDER**

24
25

26        Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

27   above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

28   litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

1

1   proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

2   Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

3   13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

4   the Court to open a new case for each attempted new pleading and assign it to the Court for

5   review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

6   Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

7         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

8   finds they are related to Plaintiff's Alameda County criminal conviction.[1]

9         Accordingly, IT IS HEREBY ORDERED that 2:24-cv-02566, 2:24-cv-02569, 2:24-cv-

10  02571, 2:24-cv-02577, 2:24-cv-02578, 2:24-cv-02606, 2:24-cv-2617, 2:24-cv-2619, 2:24-cv-

11  02621 and 2:24-cv-02625 are DISMISSED; the Clerk of the Court is directed to close these cases.

12  No further filings will be accepted.

13  Dated:  November 1, 2024

14        WILLIAM B. SHUBB
      UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24  _____
[1] In the caption of 2:24-cv-02578, plaintiff names the Merced County Superior Court.  In the
25  captions of 2:24-cv-02617, 2:24-cv-02619 and 2:24-cv-02621, plaintiff names the Inyo County
    Superior Court.  In the caption of 2:24-cv-02625, plaintiff names the Yolo County Superior
26  Court.  To the extent plaintiff intended to raise the claims raised in these cases in the United
    States District Court for the Eastern District of California, this Court finds that the claims raised
27  in 2:24-cv-02578, 2:24-cv-02617, 2:24-cv-02619, 2:24-cv-02621 and 2:24-cv-02625 are related
    to Plaintiff's Alameda County criminal conviction.
28

2